DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KENNETH D. KLEIN,**
Appellant,

v.

**ALYSSABETH KLEIN, RUSSELL B. KLEIN TRAVIS KLEIN**
and **SYDRIA SCHAFFER,**
Appellees.

No. 4D16-4238

[November 22, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Janis Brustares Keyser, Judge; L.T. Case No. 502014CP 001098XXXXMB.

Laura Bourne Burkhalter of Laura Bourne Burkhalter, P.A., Miami Shores, for appellant.

Ashley Crispin Ackal, Brian M. O'Connell, Joielle A. Foglietta and Clara C. Ciadella, of Ciklin Lubitz & O'Connell, West Palm Beach, for appellees Alyssabeth Klein, Russell B. Klein and Travis Klein.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***